# Court of Appeals
# of the State of Georgia

ATLANTA,  April 23, 2024

*The Court of Appeals hereby passes the following order:*

### A24E0063.  WASEEM ANAS DAKER v. SCOTT HALPERIN, AS CIRCUIT DEFENDER OF COBB COUNTY.

On March 11, 2024, the Superior Court of Cobb County entered an order, pursuant to OCGA § 9-15-2 (d), denying pro se prisoner Waseem Anas Daker's petition to file a civil action. On April 17, 2024, Daker filed by mail in this Court an emergency motion under Court of Appeals Rule 40 (b) seeking a 30-day extension to file an application for discretionary appeal. We may not grant such relief, however, as "[n]o extensions of time will be granted to file a discretionary application unless a motion for extension is filed on or before the application due date." Court of Appeals Rule 31 (i). The order Daker wishes to appeal was filed on March 11, 2024, and the due date for an application for discretionary appeal was April 10, 2024. See OCGA § 5-6-35 (d). Accordingly, Daker's emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  04/23/2024

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*